# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JEFFREY BECKETT,

      Plaintiff,

vs                                         Case No. 17-13962
                                           Hon. Gershwin A. Drain
                                           Magistrate Judge David R. Grand

LORA CECERE and SUPPLY
CHAIN INSIGHTS, LLC, a
Pennsylvania limited liability company,

      Defendants.

_____

## **JUDGMENT**

The parties having reached a Settlement Agreement as to the resolution of this matter and stipulating to the entry of this Consent Judgment in the Event of Default (as defined in the Settlement Agreement), the Event of Default having occurred, and the Court being otherwise duly advised in the premises hereof:

IT IS FURTHER ORDERED THAT JUDGMENT IS HEREBY ENTERED in favor of Plaintiff, Jeffrey Beckett, and against Defendants Lora Cecere Hypes (AKA Lora Cecere) and Supply Chain Insights, LLC., in the amount of thirty-four thousand dollars ($34,000.00) to Plaintiff under the terms of the Settlement Agreement, which total Judgment amount is $81,000.00, less forty-seven thousand dollars ($47,000.00), and less twenty thousand dollars ($20,000.00), paid as of 4/30/2018 and 5/2/2018 respectively.

IT IS FURTHER ORDERED that Plaintiff shall be entitled to recover from Defendants Lora Cecere Hypes and Supply Chain Insights, LLC any such additional amounts as he may incur in actual reasonable attorneys' fees and costs as a result of having to pursue collection of the Consent Judgment amount herein.

IT IS FURTHER ORDERED that Defendants Lora Cecere Hypes' and Supply Chain Insights, LLC's obligations pursuant to the Settlement Agreement and this Consent Judgment are a nondischargeable debt under 11 U.S.C. 523(a)(2) based on money, property, services, or an extension, renewal or refinancing of credit, obtained by false pretenses, a false representation, or actual fraud as alleged in Plaintiff's Complaint (Count I- Fraud).

IT IS FURTHER ORDERED that the court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

This Order resolves the last pending claim and closes the case.

Dated: May 2, 2018 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 2, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk